**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Dennis Edward LEMCOOL, II,**
**Defendant–Appellant.**

No. 01–10606.

D.C. No. CR–00–00571–EHC.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 18, 2002.*

Decided Nov. 22, 2002.

Before REINHARDT, RYMER, and SILVERMAN, Circuit Judges.

MEMORANDUM **

Dennis Edward Lemcool, II, appeals the district court's order finding that he violated the terms of his probation, and then reinstating his probation. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Lemcool contends that the district court erred by finding that he violated the terms of his probation. We review the district court's factual findings for clear error, *United States v. Martinez*, 143 F.3d 1266, 1271 (9th Cir.1998), and conclude that the district court did not err in finding that Lemcool had not made a bona fide effort to make his restitution payments. *See Bear-*

*den v. Georgia*, 461 U.S. 660, 668–69, 103 S.Ct. 2064, 76 L.Ed.2d 221 (1983).

AFFIRMED.

Judge Reinhardt dissents.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

